**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Jonathan Patrick Gustafson
Abigail Elaine Gustafson

Case No: 19–42043 – MER

Debtor(s)

Chapter 13 Case

**ORDER AND NOTICE OF DISMISSAL**

The chapter 13 trustee has requested that the court dismiss the case. After notice and hearing the court has determined that the case should be dismissed.

IT IS THEREFORE ORDERED:

The case is dismissed under 11 U.S.C. §§ 349 and 1307.

Dated: 2/9/21

Michael E Ridgway
United States Bankruptcy Judge

> NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
> Filed and docket entry made on February 9, 2021
> Lori Vosejpka Clerk, United States Bankruptcy Court
> By: grace Deputy Clerk

**odsm/mnbodsm.jsp 8/15**